**Electronically Filed
Supreme Court
SCWC-30171
26-FEB-2014
01:52 PM**

SCWC-30171

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

MELCHOR B. ADVIENTO, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30171; CR. NO. 07-1-2068)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Acoba, McKenna, and Pollack, JJ.,
with Nakayama, J., dissenting, with whom Recktenwald, C.J., joins)

Upon consideration of the Motion for Reconsideration

filed on February 19, 2014 by Respondent/Plaintiff-Appellee State

of Hawaiʻi, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, February 26, 2014.

Donn Fudo                                    /s/ Simeon R. Acoba, Jr.
for respondent
                                             /s/ Sabrina S. McKenna

                                             /s/ Richard W. Pollack

